# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )  Docket no. 2:09-cv-64-P-S |
| | ) |
| DONNA HAMILTON, | ) |
| | ) |
|        Defendant. | ) |
| | ) |

## ORDER ON MOTION TO APPROVE COVER LETTER

Before the Court is Defendant's Motion to Approve Cover Letter (Docket # 6). The Government filed its opposition to the Motion attaching a proposed cover letter (Gov't Ex. 1 (Docket # 7-2)) different from the cover letter Defendant attached to its Motion (Def. Ex. A (Docket # 6)). Having reviewed both cover letters, the Court now GRANTS IN PART AND DENIES IN PART Defendant's Motion. The Court hereby approves the cover letter contained in Defendant's Exhibit A minus the third full paragraph.[1] With the third full paragraph stricken, Defendant is to utilize Exhibit A as the Court-approved cover letter required by the February 18, 2009 Order of Permanent Injunction. Defendant shall complete the mailing contemplated by the Order of Permanent Injunction within 14 days of this Order and immediately thereafter file her sworn certification certifying compliance with the mailing requirement. Defendant shall attach a final copy of the Court-approved cover letter used for the mailing to that certification.

      SO ORDERED.

                                          /s/ George Z. Singal
                                          United States District Judge

Dated this 7th day of April, 2009

---

[1] The third full paragraph of Defendant Exhibit A reads:
    I deny all of the allegations in that Complaint. However, because I have not prepared any tax returns for almost a year now, and do not intend to prepare any tax returns ever again, I voluntarily agreed that the court could enter an order permanently enjoining me from ever preparing or assisting others in preparing tax returns again, without admitting fault for anything.