## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:09-cv-64-P-S |
| | ) |
| DONNA HAMILTON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER ON CERTIFICATE OF COMPLIANCE

Before the Court is Defendant's Certificate of Compliance (Docket # 10). The Certificate was filed in accordance with this Court's April 7, 2009 Order (Docket # 9). Having reviewed the Certificate of Compliance, Defendant's Certificate fails to comply with the Court's earlier order in that it does not attach a final copy of the Court-approved cover letter used for the mailing. Defendant is hereby ORDERED to file the required attachment no later than May 11, 2009.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 27th day of April, 2009